1  T. D. BOLLING, JR., SBN 33236
   MARJORIE E. MANNING, SBN 118643
2  **BOLLING, WALTER & GAWTHROP**
   A Professional Corporation
3  8880 Cal Center Drive, Suite 400
   Sacramento, California 95826
4  Telephone No. (916) 369-0777
   Telecopier No. (916) 369-2698

5

6  Attorneys for Plaintiff LANSING STENSON, M.D.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | LANSING STENSON, M.D.,                         | Case No. **2:06-CV-02721-MCE-GGH** |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS STATE LAW CLAIMS FOR RELIEF IN PLAINTIFF'S FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a corporation, SUTTER WEST MEDICAL GROUP SHORT TERM DISABILITY PLAN, SUTTER WEST MEDICAL GROUP LONG TERM DISABILITY PLAN, | |
| Defendants | **PRESENT HEARING DATE:** March 5, 2007<br>**TIME:** 9:00 a.m.<br>**DEPT:** Courtroom 3<br>The Hon. Morrison C. England, Jr. |
| _____/ | |

20      Plaintiff has requested the hearing on defendant Jefferson Pilot Financial Insurance

21 Company's (Jefferson Pilot) motion for summary disposition be continued to allow plaintiff

22 to conduct discovery before preparing opposition to defendant's motion, as provided in

23 FRCP 56(f) and Local Rule 56-260(b) last sentence.

24      The discovery plaintiff intends to conduct is taking the depositions of Harris Levin

25 and Desiree Bosco of Sutter West Medical Group, and the deposition of Dean Foreman an

26 insurance agent or broker. Plaintiff also intends to request production of documents in

27 connection with these depositions.

28 ///

Jefferson Pilot does not believe it is necessary for plaintiff to conduct discovery before preparing opposition to defendant's motion.  However, Jefferson Pilot agrees and hereby stipulates that the hearing on its motion for summary disposition may be continued to May 14, 2007 at 09:00 a.m., and that plaintiff may conduct the discovery described above prior to the hearing.

DATED: February ____, 2007            BOLLING, WALTER & GAWTHROP
                                      A Professional Corporation


                                      By:   _____
                                            Theodore D. Bolling, Jr.
                                            Attorneys for Plaintiff


DATED: February ____, 2007            BANNAN, GREEN, FRANK & TERZIAN LLP


                                      By:   _____
                                            Lesley C. Green
                                            Attorneys for Defendant
                                            Jefferson Pilot Financial Insurance Corporation

**ORDER**

**IT IS SO ORDERED.**

Dated: February 13, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE