**LESLEY C. GREEN,** State Bar No. 112620
lgreen@bgftlaw.com
**BANNAN, GREEN, FRANK & TERZIAN LLP**
555 S. Flower Street, Suite 2700
Los Angeles, California 90071
Telephone (213) 362-1177
Facsimile   (213) 362-1188

Attorneys for Defendant
Jefferson Pilot Financial Insurance Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANSING STENSON, M.D., | Case No. 2:06-cv-2721-MCE-GGH |
| Plaintiff, | STIPULATION TO DISMISS SUTTER WEST MEDICAL GROUP SHORT TERM DISABILITY PLAN AND SUTTER WEST MEDICAL GROUP LONG TERM DISABILITY PLAN WITHOUT PREJUDICE AND ORDER THEREON |
| v. | |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel of record, that the within action may be dismissed without prejudice ONLY as to defendants Sutter West Medical Group Short Term Disability Plan and Sutter West Medical Group Long Term Disability Plan (jointly referred to herein as "the Plans").

///

///

///

1

1  The parties agree that the Plans are not necessary parties because
2  defendant Jefferson Pilot Financial Insurance Company ("Jefferson Pilot")
3  acknowledges and agrees that it would be responsible for the relief granted
4  to plaintiff, if any, as it is sought in the First Amended Complaint from the
5  Plans.
6      By entering into this Stipulation, plaintiff acknowledges and agrees
7  that Jefferson Pilot does not waive its right to contend that plaintiff is not
8  entitled to anything under the First Amended Complaint and that he is not
9  entitled to a declaration regarding future benefits as a matter of law.

DATED: February _9_, 2007   LESLEY C. GREEN
                            BANNAN, GREEN, FRANK & TERZIAN LLP


                            By_____/s/_____
                                   Lesley C. Green
                                Attorneys for Defendant
                                Jefferson Pilot Financial
                                  Insurance Company

///
///
///
///
///
///
///
///

2

DATED: February 9 , 2007  T. D. BOLLING, JR.
BOLLING WALTER & GAWTHROP

By\_\_\_/s/_____
T. D. Bolling, Jr.
Attorneys for Plaintiff
Lansing Stenson, M.D.

**O R D E R**

IT IS SO ORDERED.

DATED: February 15, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3