**LESLEY C. GREEN,** State Bar No. 112620
lgreen@bgftlaw.com
**BANNAN, GREEN, FRANK & TERZIAN LLP**
555 S. Flower Street, Suite 2700
Los Angeles, California  90071
Telephone (213) 362-1177
Facsimile (213) 362-1188

Attorneys for Defendant
Jefferson Pilot Financial Insurance Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANSING STENSON, M.D., | No.  2:06-cv-02721-MCE-GGH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a corporation, | |
| Defendant. | |

Pursuant to Local Rule 6-144(a), defendant and plaintiff, through their respective counsel of record, hereby stipulate that the time within which defendant may file its answer to plaintiff's First Amended Complaint shall be extended by 15 days, so that such responsive pleading is now due by July 17, 2007.

Defendant seeks this extension, and believes good cause exists therefor, based on the following facts:

///

1

1. Defendant filed its Motion for Summary Adjudication of the First, Second and Third Claims for Relief in Plaintiff's First Amended Complaint on February 2, 2007. Defendant set the hearing for March 5, 2007. Plaintiff requested a continuance of the hearing so he could conduct discovery for his opposition, and defendant agreed. Pursuant to the parties' stipulation and order, the hearing was continued to May 14, 2007.

2. By the Court's own motion, the hearing was continued from May 14 to May 18, 2007. On May 17, the Court vacated the hearing date and determined that the matter was under submission, to be decided without oral argument.

3. The Court issued its ruling, granting defendant's motion on June 21, 2007. Accordingly, defendant's Answer to the remaining claims for relief is due in ten days, or by July 2, 2007.

4. However, both defendant's inside counsel responsible for this case and its outside counsel have preplanned vacations and will be out of the office during the week of June 25. Outside counsel is also on vacation on June 22 and July 2.

5. Accordingly, defendant has requested, and plaintiff has agreed, to a 15 day extension so that the Answer can now be due July 17, 2007. Defendant respectfully requests that the Court approve the parties' agreement and the requested extension.

IT IS SO STIPULATED.

DATED:  June 21, 2007        LESLEY C. GREEN
                             BANNAN, GREEN, FRANK & TERZIAN LLP


                             By_____/s/ LESLEY C. GREEN_____
                                    Lesley C. Green
                                 Attorneys for Defendant
                                 Jefferson Pilot Financial
                                     Insurance Company

DATED: June 21, 2007	T. D. BOLLING, JR.
	MARJORIE E. MANNING
	BOLLING, WALTER & GAWTHROP


	By_____/s/ T. D. BOLLING, JR._____
	T. D. Bolling, Jr.
	Attorneys for Plaintiff
	Lansing Stenson, M.D.


**O R D E R**

IT IS SO ORDERED.


DATED: June 22, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3