1  T. D. BOLLING, JR., SBN 33236
   MARJORIE E. MANNING, SBN 118643
2  **BOLLING & GAWTHROP**
   A Professional Corporation
3  8880 Cal Center Drive, Suite 190
   Sacramento, California 95826
4  Telephone No. (916) 369-0777
   Telecopier No. (916) 369-2698
5
   Attorneys for Plaintiff LANSING STENSON, M.D.
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LANSING STENSON, M.D.                **Case No. 2:06-CV-02721-MCE-GGH**

12              Plaintiff,               **ORDER ON EX PARTE APPLICATION
                                         FOR CONTINUANCE OF HEARING ON
13  v.                                   DEFENDANT'S MOTION FOR
                                         PARTIAL SUMMARY JUDGMENT
14  JEFFERSON PILOT FINANCIAL            AND/OR SUMMARY ADJUDICATION
    INSURANCE COMPANY, a corporation,
15  SUTTER WEST MEDICAL GROUP SHORT      **PRESENT HEARING DATE: 04/04/2008
    TERM DISABILITY PLAN, SUTTER WEST    TIME: 9:00 a.m..**
16  MEDICAL GROUP LONG TERM              **DEPT: 3**
    DISABILITY PLAN,                     **The Hon. Morrison C. England, Jr.**
17
                Defendants
18  _____/

19          Based on the ex parte application of Theodore D. Bolling, Jr. filed March 13, 2008 and good

20  cause appearing therefor,

21          IT IS HEREBY ORDERED that the hearing on defendant Jefferson Pilot Financial Insurance

22  Company's motion for partial summary judgment is hereby continued from March 21, 2008 to May

23  2, 2008 at the hour of 9:00 a.m.

24   Dated:  March 19, 2008

25

26                                       MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE
27

28