1  **T.D. BOLLING, JR.,** State Bar No. 33236
   **BOLLING & GAWTHROP**
2  tdb@bwg-inc.com
3  8880 Cal Center Dr., Suite 190
   Sacramento, Ca 95826-3999
4  Telephone (916) 369-0777
5  Facsimile (916) 369-2698

6  Attorneys for Plaintiff Lansing Stenson, M.D.

7
   **RANDE S. SOTOMAYOR,** State Bar No. 112620
8  **BURKE, WILLIAMS & SORENSEN LLP**
9  rsotomayor@bwslaw.com
   444 S. Flower Street, Suite 2400
10 Los Angeles, California  90071
11 Telephone (213) 236-0600
   Facsimile (213) 236-2700
12
13 Attorneys for Defendant
   Jefferson Pilot Financial Insurance Company
14

15
                    **UNITED STATES DISTRICT COURT**
16
                    **EASTERN DISTRICT OF CALIFORNIA**
17

18
   | LANSING STENSON, M.D., | ) Case No.  2:06-cv-02721-MCE-GGH |
   |---|---|
   |             Plaintiff, | ) |
   | vs. | ) STIPULATION FOR |
   | | ) EXTENSION OF TIME TO FILE |
   | JEFFERSON PILOT FINANCIAL | ) JOINT PRETRIAL |
   | INSURANCE COMPANY, a | ) CONFERENCE STATEMENT; |
   | corporation, | ) [PROPOSED] ORDER |
   | | ) |
   |             Defendant. | ) Trial:  March 23, 2009 |
   | | ) Pretrial Conf.:  February 6, 2009 |

27
28         Despite extensive and cooperative efforts by both parties, they have

LA #4837-6128-0771 v1                    1

PDF created with pdfFactory trial version www.pdffactory.com

been unable to complete the Joint Final Pretrial Conference Statement. The parties hereby stipulate and request that the time for filing the Statement be extended to Monday, January 26, 2009.

    IT IS SO STIPULATED.

DATED:  January 23, 2009   RANDE S. SOTOMAYOR
                                        BURKE, WILLIAMS & SORENSEN LLP

                                        By  /s/ RANDE S. SOTOMAYOR
                                        Attorneys for Defendant
                                        Jefferson Pilot Financial
                                        Insurance Company

DATED: January 23, 2009   T. D. BOLLING, JR.

                                        BOLLING, WALTER & GAWTHROP

                                        By    /s/ T.D. BOLLING, Jr.
                                        T. D. Bolling, Jr.
                                        Attorneys for Plaintiff
                                        Lansing Stenson, M.D.

**O R D E R**

    IT IS SO ORDERED.

DATED: January 26, 2009

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com