UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANSING STENSON, M.D.,<br><br>        Plaintiff,<br><br>vs.<br><br>JEFFERSON PILOT FINANCIAL INSURANCE COMPANY, a corporation,<br><br>        Defendant. | Case No.  2:06-CV-02721-MCE-GGH<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

    IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice, all parties to bear their own expenses, costs of suit, and attorneys' fees.

Dated:  July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE